## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:   Joseph Walker                                    :        Chapter 13

:

:

:

:

:

              Debtor          :     Bankruptcy No.    26-10708

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)

### Stephen M. Dunne

I, [Name of Debtor or Debtor's Attorney], upon my oath according to law, hereby certify
as follows in connection with the confirmation hearing scheduled for _____4/29/2026_____ ,
in the above-referenced case:

1. The above-named debtor(s) will be able to make all payments under the plan and
   to comply with the plan.

2. The above-named debtor(s) has/have paid all post petition amounts that are
   required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor(s) has/have filed all applicable Federal, State, and local
   tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the
   information herein changes, an updated Certification will be provided to the
   standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor(s), counsel certifies that
   debtor(s) was/were duly questioned about the statements in this Certification and
   supplied answers consistent with this Certification.

DATED: 03/18/2026                          BY:   /s/ Stephen M. Dunne

Revised 04/24/06