UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

   Joseph Walker | Bankruptcy No.26-10708-AMC

              Debtor |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 8th day of June, 2026, by first class mail upon those listed below:

Joseph Walker
6715 Haverford Avenue
Philadelphia, PA  19151

**Electronically via CM/ECF System Only:**

STEPHEN MATTHEW DUNNE ESQ
1515 MARKET STREET
SUITE 1200
PHILADELPHIA, PA  19102

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee