Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Joseph Walker
6715 Haverford Avenue
Philadelphia, PA 19151

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-10708-AMC**

Petition Filed Date: 02/21/2026
341 Hearing Date: 03/27/2026
Confirmation Date:

Case Status: Dismissed Before Confirmation on 8/13/2026

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/2026 | $1,400.00 | | | | | | | |

**Total Receipts for the Period: $1,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $1,400.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | STEPHEN MATTHEW DUNNE ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS<br>»» 002 | Unsecured Creditors | $642.79 | $0.00 | $0.00 |
| 3 | M&T BANK<br>»» 003 | Mortgage Arrears | $13,491.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-10708-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,400.00 | Current Monthly Payment: | $742.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $107.80 | Total Plan Base: | $44,520.00 |
| Funds on Hand: | $1,292.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.